# EXHIBIT B

**EXHIBIT B**

## LYDEN, CHAPPELL & DEWHIRST, LTD.
ATTORNEYS AT LAW
5565 Airport Highway, Suite 101
Toledo, Ohio 43615
(419) 867-8900
Facsimile (419) 867-8909
Facsimile (419) 867-3647

Patricia G. Lyden*
Erik G. Chappell*
Peter A. Dewhirst*
Amy M. Waskowiak*
Julie A. Douglas*
Elizabeth E. Baer*
Lacey L. Riley
*Also Admitted in Michigan

Michigan Office
14930 LaPlaisance Road
Suite 119
Monroe, MI 48161

Of Counsel
Rollind W. Romanoff

pad@lydenlaw.com

May 21, 2019

Five Business Solutions
Salman Haider, President
Suite 5, Block 7A, St 1, I-8/1
Islamabad, Pakistan
salman_1666@hotmail.com

**VIA EMAIL AND REGULAR MAIL**

RE:   Schick v. Resolute Bank and John Doe Corporation
      d/b/a Reverse Mortgage Savings Center
      Case No. 2:19-cv-02218-DLR

Dear Mr. Haider:

Please be advised that I represent Resolute Bank, a federal savings bank located in Maumee, Ohio, which has been sued in the United States District Court for the District of Arizona along with your company. I have enclosed a copy of the complaint in this matter for your reference.

As you may recall, Resolute Bank and your company entered into a contract wherein your company was to provide double verified leads for reverse mortgages, and in exchange, Resolute Bank compensated your company for each lead. I have also enclosed an unsigned copy of the contract between Resolute Bank and Five Business Solutions. If you have a signed version of the contract, we would appreciate it if you could send us a signed copy.

I am writing for two reasons. First, it is unclear whether your company has been served with this lawsuit to date, so I write to make you aware of this pending lawsuit. Second, under Rule 34 of the Federal Rules of Civil Procedure, Resolute Bank has a duty to preserve any records potentially related to this litigation which are within its "possession, custody, or control." It is my understanding from my client that your company would be in possession of the relevant documentation. In an effort to comply with Rule 34, I am writing to request that you provide to Resolute Bank any and all records related to any and all leads Five Business Solutions provided to Resolute Bank under this contract. Such records may include, but are not limited to, phone records, audio recordings, email correspondence, etc.

      Please provide any and all records to my office via email at pad@lydenlaw.com and llr@lydenlaw.com, or via mail at:

      Lyden, Chappell & Dewhirst, Ltd.
      Attn: Peter A. Dewhirst and Lacey L. Riley
      5565 Airport Highway, Suite 101
      Toledo, Ohio 43615

      Please contact my office to discuss this matter as soon as possible. Thank you.

      Sincerely,

      Peter A. Dewhirst

Enc.
cc:     Client
        Ryan Talamante, Esq. (w/o enc., via email only)
        Anthony Paronich, Esq. (w/o enc., via email only)
        Trinette Kent, Esq. (w/o enc., via email only)
        Andrew Heidarpour, Esq. (w/o enc., via email only)