TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Anthony Paronich, admitted *pro hac vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Resolute Bank and John Doe Corporation d/b/a Reverse Mortgage Savings Center.<br><br>Defendants. | Case No. 2:19-cv-02218-DLR<br><br>**JOINT STIPULATION TO RESOLVE MOTION TO COMPEL AND VACATE HEARING** |

Plaintiff Deborah Schick and Defendant Resolute Bank ("Defendant") (together, the "Parties") by and through their respective counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby STIPULATE and AGREE as follows:

## STIPULATION

1. WHEREAS, on May 13, 2019 the Plaintiff filed a Motion to Compel Resolute Bank to Gather Records from their Vendor, Five Business Solutions. (Docket No. 14).

2. WHEREAS, on May 21, 2019 counsel for Resolute Bank sent a letter to Five Business Solutions in an attempt to retrieve those records.

3. WHEREAS, on May 28, 2019 Resolute Bank filed its opposition to Plaintiff's Motion to Compel. (Docket No. 16).

4. WHEREAS, the Court set a hearing for June 6, 2019 on Plaintiff's Motion to Compel. (Docket No. 17).

5. WHEREAS, the parties have agreed that (a) the Plaintiff will receive a copy of any responsive documents the Defendant receives in response to the May 21, 2019 letter and (b) the Plaintiff will be permitted to issue subpoenas to any telephone companies that may have information regarding the issues raised by the Plaintiff in her motion.

IT IS SO STIPULATED

By: /s/ *Anthony I. Paronich*          By: /s/ *Ryan J. Talamante*
    Anthony I. Paronich                  Ryan J. Talamante
    Attorney for Plaintiff                   Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

By: /s/ *Anthony I. Paronich*